**No. 09-7759. Laurie Marie Laskey, Petitioner v. Shiloh Group, LLC.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2511.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 910, 130 S. Ct. 1294, 175 L. Ed. 2d 1084, 2010 U.S. LEXIS 1003.

**No. 09-7760. Laurie Marie Laskey, Petitioner v. Sun Microsystems, Inc.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2376.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 910, 130 S. Ct. 1294, 175 L. Ed. 2d 1084, 2010 U.S. LEXIS 947.

**No. 09-7876. Maurice Holman, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2408.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1134, 130 S. Ct. 1110, 175 L. Ed. 2d 922, 2010 U.S. LEXIS 386.

**No. 09-7886. Levi A. Wilson, Petitioner v. United States.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2444.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1134, 130 S. Ct. 1111, 175 L. Ed. 2d 923, 2010 U.S. LEXIS 380.

**No. 09-7932. Uykheng Ngy, Petitioner v. You Song Seck.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2375.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 911, 130 S. Ct. 1298, 175 L. Ed. 2d 1087, 2010 U.S. LEXIS 1000.

**No. 09-8002. Osvaldo Javier Torres, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2384.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 912, 130 S. Ct. 1301, 175 L. Ed. 2d 1089, 2010 U.S. LEXIS 918.

**No. 09-8019. In re Vincent M. Singleton, Petitioner.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2403.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1109, 130 S. Ct. 1116, 175 L. Ed. 2d 930, 2010 U.S. LEXIS 82.